IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | | |
|---|---|---|
| MCKENZIE BURNS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 067-375553-26 |
| | § | |
| FEDEX FREIGHT, INC. FEDEX EXPRESS, FEDERAL EXPRESS CORPORATION, MARCUS DEANGELO DORSEY and ABC CORPORATIONS 1-3 | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | | |

# EXHIBIT A:
# INDEX OF ALL DOCUMENTS FILED IN STATE COURT

| No. | Document Name | Date Filed |
|---|---|---|
| 1. | Plaintiffs' Original Petition | 03.11.26 |
| 2. | Citation -Issued On Federal Express Corporation | 03.11.26 |
| 3. | Citation -Issued On Deangelo Dorsey | 03.11.26 |
| 4. | Citation -Issued On FedEx Express | 03.18.26 |
| 5. | Citation -Issued On FedEx Freight | 03.18.26 |
| 6. | Service Return FedEx Express | 03.24.26 |
| 7. | Service Return Federal Express Corporation | 03.24.26 |
| 8. | Service Return | 03.24.26 |

| | | |
|---|---|---|
| 9. | Defendants' Original Answer | 04.09.26 |
| | | |