FILED
TARRANT COUNTY
3/11/2026 2:39 PM
THOMAS A. WILDER
DISTRICT CLERK

067-375553-26

CAUSE NO. _____

| | | |
|---|---|---|
| MCKENZIE BURNS | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | TARRANT COUNTY, TEXAS |
| | § | |
| FEDEX FREIGHT INC., | § | |
| FEDEX EXPRESS, | § | |
| FEDERAL EXPRESS CORPORATION, | § | _____ JUDICIAL DISTRICT |
| MARCUS DEANGELO DORSEY, and | § | |
| ABC CORPORATIONS 1-3 | § | |
| | § | |
| *Defendants.* | § | |

**PLAINTIFF'S ORIGINAL PETITION**

COMES NOW, McKenzie Burns ("Plaintiff") and files this Plaintiff's Original Petition against Fedex Freight Inc., Fedex Express, Federal Express Corporation, Marcus Deangelo Dorsey, and ABC Corporations 1-3 ("Defendants"), and respectfully shows the Court the following:

**I.    DISCOVERY CONTROL PLAN**

1.    Plaintiff intends to conduct discovery under Discovery Control Plan Level Three of the Texas Rules of Civil Procedure and requests the Court to enter an Order that discovery be conducted in accordance with a discovery control plan tailored to the circumstances of this specific case.

**II.    PARTIES**

2.    Plaintiff, McKenzie Burns is an individual and a resident of Friendswood, Galveston County, Texas.

3.    Defendant, FedEx Freight Inc. (hereinafter "Defendant FedEx Freight"), is a Foreign Corporation authorized to do business in the state of Texas. Defendant FedEx Freight, may be served by serving its registered agent CT Corporation System, 1999 Bryan Street, Suite 900,

Dallas, Texas 75201.

4.    Defendant, FedEx Express (hereinafter "Defendant FedEx Express") is a Foreign Corporation and may be served through its registered agent CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

5.    Defendant, Federal Express Corporation is a Foreign Corporation and may be served through its registered agent CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

6.    Defendant, Marcus Deangelo Dorsey (hereinafter "Defendant Dorsey"), is an individual, a resident Texas and may be found at 203 Lakeside Drive, Gloster Louisiana 71030.

### III.    JURISDICTION AND VENUE

7.    This Court has jurisdiction over this cause, as the amount in controversy and damages sought by Plaintiff exceeds the minimum jurisdictional limits of this Court.

8.    Venue is proper in Tarrant County, Texas, pursuant to Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because Tarrant County, Texas is the county in which all or a substantial part of the events or omissions giving rise to Plaintiff's claims occurred.

### IV.    FACTS

9.    On or about March 14, 2024, Plaintiff was a passenger in a vehicle traveling on State Highway 360 in Fort Worth, Tarrant County, Texas. At the same time, Dorsey was operating a 2017 Peterbilt Tractor Trailer that was owned by FedEx Freight, Inc.  Dorsey made an unsafe lane change and collided with Plaintiff's vehicle causing Plaintiff's vehicle to lose control and collided with the guardrail on the right side of the roadway. Upon information and belief, Defendant Dorsey was in the course and scope of his employment with Defendant FedEx Freight Inc., FedEx Express, and Federal Express Corporation at all times material hereto.

10.     Defendant Dorsey's conduct, while in the course and scope of his employment with FedEx Freight Inc., FedEx Express, and Federal Express Corporation, proximately caused Plaintiff's injuries and damages.

**V.     CAUSES OF ACTION**

**Negligence**

11.     All allegations herein are incorporated by reference.

12.     Defendant Dorsey, during the course and scope of his employment with FedEx Freight Inc., FedEx Express, and Federal Express Corporation, operated his vehicle in a negligent matter. Defendant Dorsey had a duty to exercise ordinary care and operate the company vehicle in a reasonable and prudent manner. Defendant Dorsey failed to pay attention to the road and failed to control his speed causing him to strike Plaintiff's vehicle. FedEx Freight Inc., FedEx Express, and Federal Express Corporation were negligent in one or more of the following acts or omissions, each of which was a proximate cause of the occurrence in question and the injuries and damages suffered by Plaintiff for which she herein sues.

13.     FedEx Freight Inc., FedEx Express, and Federal Express Corporation

        a.     Negligent Training:

                (1)     Failure to provide the necessary training to Defendant Dorsey, regarding the proper and safe operation and maintenance of the issued commercial vehicle under the circumstances at issue;

                (2)     Failure to properly train Defendant Dorsey, regarding all aspects of driver safety;

                (3)     Failure to train Defendant Dorsey, regarding safe and proper operation of a truck such as a person or company using ordinary care would have done in the same or similar circumstances;

                (4)     Such other and further acts of negligence as may be shown in this cause as discovery progresses.

    b.     Negligent Hiring, Supervision, Retention, Monitoring, and Entrustment.

        (1)    Negligently hiring Defendant Dorsey to operate their vehicles;

        (2)    Failure to monitor Defendant Dorsey, to make sure that he complied with policies and procedures, and state laws;

        (3)    Failure to implement policies and procedures for Defendant Dorsey regarding proper and safe van operation.

        (4)    Failure to require Defendant Dorsey to comply with applicable company policies, as well as all federal, state or local regulations concerning the inspection, maintenance and operation of their commercial vehicles;

        (5)    Such other and further acts of negligence as may be shown in this cause as discovery progresses.

    c.     General Negligence.

        (1)    Failure to comply and enforce its own policies, procedures, and standards.

        (2)    Failure to ensure that Defendant Dorsey complied with its policies, procedures, and standards.

        (3)    Failure to implement and adopt proper policies and procedures.

        (4)    Failure to require Defendant Dorsey to comply with the Texas Transportation Code, Texas Motor Carrier Safety Regulations, and Federal Motor Carrier Safety Regulations.

        (5)    Such other and further acts of negligence as made be shown in this cause as discovery progresses.

14.    Defendant Dorsey, while acting at all times in the line and scope of his employment with FedEx Freight Inc., FedEx Express, and Federal Express Corporation breached his duty by negligently, wantonly, recklessly or willfully causing or allowing his commercial motor vehicle to collide with the vehicle occupied by Plaintiff, including, but not limited to, the following conduct:

    a.     Failing to keep a proper lookout;

    b.     Driving inattentively and while distracted;

    c.     Driving recklessly, in violation of § 545.401, TEX. TRANSP. CODE;

d.   Failing to maintain proper control of the truck he was driving;

e.   Failing to timely and properly apply the truck's brakes in order to avoid striking Plaintiff;

f.   Failing to maneuver the truck to avoid striking Plaintiff;

g.   Driving the truck in willful or wanton disregard for the safety of other persons and vehicles, in violation of § 545.401(a), TEX. TRANSP. CODE;

h.   Failing to drive in a safe and prudent manner;

i.   Failing to abide by and adhere to applicable traffic laws.

15.   The foregoing acts and omissions constitute negligence and/or gross negligence on the part of Defendant Dorsey and FedEx Freight Inc., FedEx Express, and Federal Express Corporation. These acts were the direct and proximate cause which thereby renders Defendants responsible for Plaintiff's damages, and Plaintiff seeks to recover such damages from Defendants.

**Negligence Per Se**

16.   Under the Federal Motor Carrier Safety Regulations, FedEx Freight Inc., FedEx Express, and Federal Express Corporation owed the general public, including Plaintiff, a duty to determine the qualifications of its employees, including, but not limited to, (a) adequately evaluating applicants before hiring them as commercial drivers, and (b) adequately evaluating these persons' performance, including thorough training and supervision, so as to discharge any incompetent or negligent applicant/employee before he injures any member of the motoring public.

17.   FedEx Freight Inc., FedEx Express, and Federal Express Corporation had a statutory duty to properly screen its applicants for employment.  Under the Federal Motor Carrier Safety Regulations, FedEx Freight Inc., FedEx Express, and Federal Express Corporation had numerous statutory duties, including, but not limited to, the following:

a.   To ensure the general qualifications of any driver it permitted to operate one of its tractor-trailers.  **49 C.F.R. §391.11 & §391.15**;

b. To ensure that a driver it permitted to operate one of its tractor-trailers possessed the requisite familiarity with the proper location, distribution and securement of his cargo. **49 C.F.R. §391.13**;

c. To obtain a completed employment application before permitting an applicant to operate one of its tractor-trailers.  **49 C.F.R. §391.21**;

d. To fully investigate a driver's employment history by all reasonable means.  **49 C.F.R. §391.23(d)-(k)**;

e. To fully investigate the past three (3) years of a driver's driving history and to document evidence of that investigation within thirty (30) days of employment.  **49 C.F.R. §391.23(a)-(c)**;

f. To properly conduct an annual inquiry and review of a driver's driving record. **49 C.F.R. §391.25**;

g. To properly obtain records of all violations of motor vehicle traffic laws for each of its drivers every twelve (12) months.  **49 C.F.R. §391.27**;

h. To require a successfully completed road test before commencing employment and permitting an applicant to operate one of its tractor-trailers.  **49 C.F.R. §391.31**;

i. To ensure the physical and medical qualifications of its applicants.  **49 C.F.R. §§391.41-391.49**;

j. To maintain an appropriate driver qualification file for each of its drivers.  **49 C.F.R. §391.51**;

k. To maintain an appropriate driver investigation history file for each of its drivers.  **49 C.F.R. §391.53**; and

l. To operate its commercial motor vehicles within the operating authority granted to it by the U.S. Department of Transportation Federal Motor Carrier Safety Administration. **Form OP-1.**

18.    FedEx Freight Inc., FedEx Express, and Federal Express Corporation was aware of some or all of these statutory obligations and permitted Defendant Dorsey to operate its commercial motor vehicle after negligible efforts, if any, to determine whether Defendant Dorsey was competent and fit to drive its commercial motor vehicle.

19.    FedEx Freight Inc., FedEx Express, and Federal Express Corporation had a duty to comply

with the Federal Motor Carrier Safety Regulations so as to protect the general public, including Plaintiff from the unsafe operation of commercial motor vehicles hauling cargo in interstate commerce. Plaintiff belongs to the class of persons that the Federal Motor Carrier Safety Regulations were intended to protect, and the Plaintiff's injuries were one of the types of injuries that the federal safety regulations were specifically intended to prevent.

20.    Plaintiff's injuries were caused by FedEx Freight Inc., FedEx Express, and Federal Express Corporation's breaches of the statutory duties and obligations referenced above. If FedEx Freight Inc., FedEx Express, and Federal Express Corporation would have properly screened Defendant Dorsey's background, FedEx Freight Inc., FedEx Express, and Federal Express Corporation would not, or at least should not, have hired or retained him as a commercial driver, and this incident would not have occurred.

## VI.    RESPONDEAT SUPERIOR

21.    Plaintiff adopts and incorporates all preceding paragraphs as if fully set out herein.

22.    On March 14, 2024, at the time of the occurrence forming the basis of the Plaintiff's Complaint, Defendant FedEx Freight Inc., FedEx Express, and Federal Express Corporation was the principal and/or employer of Defendant Dorsey.

23.    At the time of the occurrence forming the basis of the Plaintiff's Complaint, Defendant Dorsey was acting as the agent, servant and/or employee of Defendant FedEx Freight Inc., FedEx Express, and Federal Express Corporation.

24.    At the time of the occurrence forming the basis of the Plaintiff's Complaint, Defendant Dorsey was acting within the line and scope of his employment with Defendant FedEx Freight Inc., FedEx Express, and Federal Express Corporation.

25.    At the time of the occurrence forming the basis of the Plaintiff's Complaint, Defendant Dorsey was operating a commercial vehicle in furtherance of the business purposes of Defendant FedEx Freight Inc., FedEx Express, and Federal Express Corporation.

26.    As a result of the foregoing, Defendant FedEx Freight Inc., FedEx Express, and Federal Express Corporation is vicariously liable to the Plaintiff, for the negligent and/or grossly negligent conduct of Defendant Dorsey that proximately caused the injuries and damages of Plaintiff as stated herein.

## VII.    AGENCY & CONCERT OF ACTION

27.    Whenever it is alleged that Defendants did an act or thing, or omitted to do an act or thing, it is meant that any Defendants committed such act or omission either directly or by and through the Defendants' agents, servants, employees, managers, administrators, officers, or representatives. Whenever it is alleged herein that an agent, servant, employee, manager, administrator, officer, or representative of a principal did an act or thing, or omitted to do an act or thing, it is meant that such conduct was performed in the course and scope of the applicable agency, employment, or representation of the principal and aided and abetted.

28.    Whenever this Petition alleges that the Defendants committed any act of omission, it means that (a) the Defendants officers, agents, servants, employees or representatives committed such act or omission in the normal and routine course and scope of their employment; (b) the act or omission was committed with the Defendants full authorization or ratification; or (c) the Defendants vice principals committed the act or omission and thus the defendant company is liable for defendant employee as a vice principal. At all times, the Defendants had the right to control each of their employees' conduct and the details of their work.  Thus, the Defendants are vicariously liable for the acts and omissions of their employees and agents who are employed by

or in an agency or contractual relationship with the Defendants at all times material hereto, and the Plaintiff hereby invokes the doctrines of agency, ostensible agency, and/or agency by estoppel with respect to that relationship. Such acts and/or omissions include those identified in all paragraphs above and below.

29.    At all relevant times, Defendant Dorsey was an agent, vice principal and/or employee of FedEx Freight Inc., FedEx Express, and Federal Express Corporation. At all relevant times, Defendant Dorsey acted within the course and scope of his employment or agency with FedEx Freight Inc., FedEx Express, and Federal Express Corporation.

## VIII.   DAMAGES

30.    As a direct and proximate result of Defendants' aforementioned acts and omissions, Plaintiff sustained severe injuries to her body, which resulted in physical pain, mental anguish, and other medical problems, expenses, and economic damages, both in the past and in the future. Plaintiff is therefore entitled to recover the following legal damages:

(a)    Medical care and expenses sustained in the past: Plaintiff incurred these expenses for the necessary care and treatment of the injuries resulting from the collision complained of herein, and such charges are reasonable and were usual and customary charges for such services in Texas.

(b)    Medical care and expenses that, in all reasonable probability, Plaintiff will sustain in the future;

(c)    Physical pain, suffering, and mental anguish sustained in the past;

(d)    Physical pain, suffering, and mental anguish that, in all reasonable probability, Plaintiff will sustain in the future;

(e)    Physical impairment sustained in the past;

(f)    Physical impairment that, in all reasonable probability, Plaintiff will continue to have in the future;

(g)    Lost wages in the past; and

(h)    Lost earning capacity.

31.    All of Plaintiff's injuries and damages as set forth herein were proximately caused by the negligence and/or gross negligence of Defendant(s).

32.    The amounts of Plaintiff's damages are substantial and well in excess of the jurisdictional minimums of this Court. Many elements of damage in the past and future, including pain, suffering, impairment, and mental anguish cannot be determined with mathematical precision. The determination of many of these elements of damage is peculiarly within the province of the jury. Plaintiff would rather the jury decide what amount of money would fairly and reasonably compensate Plaintiff for the damages and injuries proven at the time of trial. However, Defendants may utilize Rule 47 of the Texas Rules of Civil Procedure to force Plaintiff to state a maximum amount of money claimed. While trusting the jury to determine this issue, pursuant to Texas law, under Rule 47, Plaintiff seeks unliquidated damages within the jurisdictional limits of this Court at an amount between $250,000.00 to $1,000,000.00 from Defendants. However, if the jury chosen in this case should determine that a larger sum would be appropriate to compensate Plaintiff for his injuries and damages, Plaintiff reserves the right to file an amended pleading or move for a trial amendment to carry out the will of the jury as is his right under the United States and Texas Constitutions. Plaintiff further seeks such other and further relief to which she may be entitled to at law or in equity.

## IX.    <u>JURY DEMAND</u>

33.    Plaintiff requests a trial by jury pursuant to Rules 216 and 217 of the Texas Rules of Civil Procedure.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that Defendants be served and cited to appear and answer herein, and that upon final trial of this cause, Plaintiff be awarded judgment against Defendants for the above-described compensatory damages in the full amounts allowed by law, together with pre-judgment and post-judgment interest, costs of court, and all such other and further relief, both at law and in equity, to which Plaintiff may be justly entitled.

Respectfully Submitted,

**TURNBULL MOAK & PENDERGRASS**

/s/ Joshua Bauer
Joshua Bauer
Texas Bar No. 24084380
jbauer@turnbullfirm.com
2500 West Loop South Fwy, Unit 340
Houston, Texas 77027
Telephone: (205) 831-5040
Facsimile: (205) 848-6300
ATTORNEY FOR PLAINTIFF

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Brett Turnbull on behalf of Joshua Bauer
Bar No. 24084380
bturnbull@turnbullfirm.com
Envelope ID: 112296669
Filing Code Description: Petition
Filing Description:
Status as of 3/11/2026 3:21 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ashley Shapielak | | ashapielak@turnbullfirm.com | 3/11/2026 2:39:35 PM | SENT |
| Josh Bauer | | jbauer@turnbullfirm.com | 3/11/2026 2:39:35 PM | SENT |



## Service of Process Transmittal Summary

**TO:**   Litigation Department
Federal Express Corporation
3620 HACKS CROSS RD, 3RD FLOOR, BUILDING B
MEMPHIS, TN 38125

**RE:**   **Process Served in Texas**

**FOR:**   FedEx Express  (Assumed Name)  (Domestic State: DE)
Federal Express Corporation (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: MCKENZIE BURNS // To: FedEx Express |
| **DOCUMENT(S) SERVED:** | Citation, Attachment, Original Petition, Certificate |
| **COURT/AGENCY:** | 67th District Court of Tarrant County, TX<br>Case # 06737555326 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 03/14/2024 |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Process Server on 03/18/2026 at 11:33 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | Before 10:00 a.m. of the Monday next after the expiration of 20 days after the date of service hereof (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Joshua Bauer<br>Turnbull Moak & Pendergrass<br>2500 West Loop South Fwy, Unit 340<br>Houston, TX 77027<br>205-831-5040 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/19/2026, Expected Purge Date: 03/24/2026 |
| | Image SOP |
| | Email Notification, Litigation Department  stacey.stephens@fedex.com |
| | Email Notification, Cynthia Schwind  cynthia.schwind@fedex.com |
| | Email Notification, Kathy Miller  khmiller@fedex.com |
| | Email Notification, Donna Moore  donnamoore@fedex.com |
| | Email Notification, Gabriel Hernandez  gabrielhernandez@fedex.com |
| | Email Notification, Paula Cates  pdcates@fedex.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |



**CT Corporation**
**Service of Process Notification**
03/18/2026
CT Log Number 551672383

8775647529
MajorAccountTeam2@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:**                                    Wed, Mar 18, 2026
**Server Name:**                             Mitchell Draeger

| Entity Served | FEDEX EXPRESS |
|---|---|
| Case Number | 067-375553-26 |
| Jurisdiction | TX |

| Inserts | | |
|---|---|---|
| | | |



## THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

*CITATION*                    *Cause No. 067-375553-26*

MCKENZIE BURNS
VS.
FEDEX FREIGHT INC., FEDEX EXPRESS, FEDERAL EXPRESS CORP

### TO: FEDEX EXPRESS

B/S REG AGT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS, TX 75201-

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 67th District Court ,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

MCKENZIE BURNS

Filed in said Court on March 11th, 2026 Against
FEDEX FREIGHT INC, FEDEX EXPRESS, FEDERAL EXPRESS CORPORATION, MARCUS DEANGELO DORSEY

For suit, said suit being numbered 067-375553-26 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.

### JOSHUA H BAUER
Attorney for MCKENZIE BURNS Phone No. (205)831-5040
Address      2500 W LOOP S FWY UNIT 340 HOUSTON, TX 77027

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 16th day of March, 2026.

By _____

AMANDA DURAN

A TRUE AND CORRECT COPY OF ORIGINAL DOCUMENT FILED IN THE DISTRICT CLERK'S OFFICE: ATTEST: 03/18/2026 THOMAS A WILDER DISTRICT CLERK TARRANT COUNTY, TEXAS BY: /s/ Amanda Duran

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402**

### OFFICER'S RETURN  *06737555326000005*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at _____ within the county of _____, State of _____ at _____ o'clock ___M on the _____ day of _____, _____ by delivering to the within named (Def.): _____ defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION , having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy
Fees $_____                  _____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)                          _____
                    County of _____, State of _____

## CITATION

Cause No. 067-375553-26

MCKENZIE BURNS

VS.

FEDEX FREIGHT INC., FEDEX
EXPRESS, FEDERAL EXPRESS CORP

ISSUED

This 16th day of March, 2026

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By          AMANDA DURAN Deputy

JOSHUA H BAUER
Attorney for: MCKENZIE BURNS
Phone No. (205)831-5040
ADDRESS: 2500 W LOOP S FWY UNIT 340

HOUSTON, TX 77027

## CIVIL LAW



*06737555326000005*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL

FILED
TARRANT COUNTY
3/24/2026 9:16 AM
THOMAS A. WILDER
DISTRICT CLERK

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

## CITATION                    Cause No. 067-375553-26

MCKENZIE BURNS
VS.
FEDEX FREIGHT INC., FEDEX EXPRESS, FEDERAL EXPRESS CORP

TO: FEDEX FREIGHT INC

B/S REG AGT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS, TX 75201-

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION
at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 67th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

MCKENZIE BURNS

Filed in said Court on March 11th, 2026 Against
FEDEX FREIGHT INC, FEDEX EXPRESS, FEDERAL EXPRESS CORPORATION, MARCUS DEANGELO DORSEY

For suit, said suit being numbered 067-375553-26 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.

JOSHUA H BAUER
Attorney for MCKENZIE BURNS Phone No. (205)831-5040
Address      2500 W LOOP S FWY UNIT 340 HOUSTON, TX 77027
_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 16th day of March, 2026.

By _____
AMANDA DURAN

A TRUE AND CORRECT COPY OF
ORIGINAL DOCUMENT FILED IN
THE DISTRICT CLERK'S OFFICE:
ATTEST: 03/16/2026
Thomas A. Wilder
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Amanda Duran

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures
to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

### OFFICER'S RETURN  *06737555326000004*
Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION
, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of _____ By _____ Deputy
Fees $_____      _____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)                    _____
County of _____, State of _____

Copy from re:SearchTX

## CAUSE NO. 067-375553-26

| | | |
|---|---|---|
| MCKENZIE BURNS | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | 67TH JUDICIAL DISTRICT |
| | § | |
| FEDEX FREIGHT INC., FEDEX EXPRESS, FEDERAL EXPRESS CORP | § | |
| Defendant. | § | TARRANT COUNTY, TEXAS |

### AFFIDAVIT OF SERVICE

On this day personally appeared **MITCHELL DRAEGER** who, being by me duly sworn, deposed and said:

"The following came to hand on **Mar 17, 2026, 12:38 pm,**

CITATION, PLAINTIFF'S ORIGINAL PETITION,

and was executed at **1999 Bryan Street Ste. 900, Dallas, TX 75201** within the county of **DALLAS** at 11:30 AM on **Wed, Mar 18 2026**, by delivering a true copy to the within named

**FEDEX FREIGHT, INC. C/O ITS REGISTERED AGENT, CT CORPORATION SYSTEM BY DELIVERING TO BRETT BAGWELL, FULFILLMENT MANAGER**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____

**MITCHELL DRAEGER**
Certification Number: PSC# 7995
Certification Expiration: 12/31/2027

BEFORE ME, a Notary Public, on this day personally appeared **MITCHELL DRAEGER**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON 03/19/2026

_____
Notary Public, State of Texas

Jennifer Leanne Fisher
My Commission Expires
3/27/2029
Notary ID 129370385

Copy from re:SearchTX

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Envelope ID: 112776707
Filing Code Description: No Fee Documents
Filing Description: Affidavit of Service - Fedex Freight Inc
Status as of 3/24/2026 10:13 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Josh Bauer | | jbauer@turnbullfirm.com | 3/24/2026 9:16:53 AM | SENT |
| Ashley Shapielak | | ashapielak@turnbullfirm.com | 3/24/2026 9:16:53 AM | SENT |

Copy from re:SearchTX

067-375553-26

FILED
TARRANT COUNTY
3/24/2026 9:20 AM
THOMAS A. WILDER
DISTRICT CLERK

# THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

*CITATION*                          *Cause No. 067-375553-26*

MCKENZIE BURNS

VS.

FEDEX FREIGHT INC., FEDEX EXPRESS, FEDERAL EXPRESS CORP

TO: FEDEX EXPRESS

B/S REG AGT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS, TX 75201-

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION
at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 67th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

MCKENZIE BURNS

Filed in said Court on March 11th, 2026 Against
FEDEX FREIGHT INC, FEDEX EXPRESS, FEDERAL EXPRESS CORPORATION, MARCUS DEANGELO DORSEY

For suit, said suit being numbered 067-375553-26 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.

JOSHUA H BAUER
Attorney for MCKENZIE BURNS Phone No. (205)831-5040
Address      2500 W LOOP S FWY UNIT 340 HOUSTON, TX 77027

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 16th day of March, 2026.

By _____

AMANDA DURAN

A TRUE AND CORRECT COPY OF
ORIGINAL DOCUMENT FILED IN
THE DISTRICT CLERK'S OFFICE:
ATTEST: 03/16/2026
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Amanda Duran

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures
to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

## Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN  *06737555326000005*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION
, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy
Fees $_____      _____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)      _____
County of _____, State of _____

Copy from re:SearchTX

## CAUSE NO. 067-375553-26

| | | |
|---|---|---|
| MCKENZIE BURNS | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | 67TH JUDICIAL DISTRICT |
| | § | |
| FEDEX FREIGHT INC., FEDEX EXPRESS, FEDERAL | § | |
| EXPRESS CORP | | |
| Defendant. | § | TARRANT COUNTY, TEXAS |

### AFFIDAVIT OF SERVICE

On this day personally appeared **MITCHELL DRAEGER** who, being by me duly sworn, deposed and said:

"The following came to hand on **Mar 17, 2026, 12:38 pm,**

CITATION, PLAINTIFF'S ORIGINAL PETITION,

and was executed at **1999 Bryan Street Ste. 900, Dallas, TX 75201** within the county of **DALLAS** at **11:30 AM** on **Wed, Mar 18 2026,** by delivering a true copy to the within named

**FEDEX EXPRESS C/O ITS REGISTERED AGENT, CT CORPORATION SYSTEM BY DELIVERING TO BRETT BAGWELL, FULFILLMENT MANAGER**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

MITCHELL DRAEGER
Certification Number: PSC# 7995
Certification Expiration: 12/31/2027

BEFORE ME, a Notary Public, on this day personally appeared **MITCHELL DRAEGER**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON 03/19/2026

Notary Public, State of Texas

Jennifer Leanne Fisher
My Commission Expires
3/27/2029
Notary ID 129370385

Copy from re:SearchTX

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 112776940
Filing Code Description: No Fee Documents
Filing Description: Affidavit of Service - Fedex Express
Status as of 3/24/2026 10:35 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Josh Bauer | | jbauer@turnbullfirm.com | 3/24/2026 9:20:34 AM | SENT |
| Ashley Shapielak | | ashapielak@turnbullfirm.com | 3/24/2026 9:20:34 AM | SENT |

Copy from re:SearchTX

067-375553-26

FILED
TARRANT COUNTY
3/24/2026 9:23 AM
THOMAS A. WILDER
DISTRICT CLERK

## THE STATE OF TEXAS
### DISTRICT COURT, TARRANT COUNTY

*CITATION*                              *Cause No. 067-375553-26*

MCKENZIE BURNS
VS.
FEDEX FREIGHT INC., FEDEX EXPRESS, FEDERAL EXPRESS CORP

TO: FEDERAL EXPRESS CORPORATION

> B/S REG AGT CT CORPORATION SYSTEM
> 1999 BRYAN ST STE 900
> DALLAS, TX 75201-

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION
at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 67th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

MCKENZIE BURNS

Filed in said Court on March 11th, 2026 Against
FEDEX FREIGHT INC, FEDEX EXPRESS, FEDERAL EXPRESS CORPORATION, MARCUS DEANGELO DORSEY

For suit, said suit being numbered 067-375553-26 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.

JOSHUA H BAUER
Attorney for MCKENZIE BURNS Phone No. (205)831-5040
Address      2500 W LOOP S FWY UNIT 340 HOUSTON, TX 77027
_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 16th day of March, 2026.

By _____

AMANDA DURAN

A TRUE AND CORRECT COPY OF
ORIGINAL DOCUMENT FILED IN
THE DISTRICT CLERK'S OFFICE:
ATTEST: 03/16/2026
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Amanda Duran

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures
to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

### OFFICER'S RETURN  *06737555326000006*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION
, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy
Fees $_____      _____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)                  _____
County of _____, State of _____

Copy from re:SearchTX

CAUSE NO. 067-375553-26

| | | |
|---|---|---|
| MCKENZIE BURNS | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | 67TH JUDICIAL DISTRICT |
| | § | |
| FEDEX FREIGHT INC., FEDEX EXPRESS, FEDERAL | § | |
| EXPRESS CORP | | |
| Defendant. | § | TARRANT COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

On this day personally appeared **MITCHELL DRAEGER** who, being by me duly sworn, deposed and said:

"The following came to hand on **Mar 17, 2026, 12:38 pm,**

CITATION, PLAINTIFF'S ORIGINAL PETITION,

and was executed at **1999 Bryan Street Ste. 900, Dallas, TX 75201** within the county of **DALLAS** at **11:30 AM** on **Wed, Mar 18 2026**, by delivering a true copy to the within named

**FEDERAL EXPRESS CORP C/O ITS REGISTERED AGENT, CT CORPORATION SYSTEM BY DELIVERING TO BRETT BAGWELL, FULFILLMENT MANAGER**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____

**MITCHELL DRAEGER**
Certification Number: PSC# 7995
Certification Expiration: 12/31/2027

BEFORE ME, a Notary Public, on this day personally appeared **MITCHELL DRAEGER**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON 03/19/2026

_____
Notary Public, State of Texas

Jennifer Leanne Fisher
My Commission Expires
3/27/2029
Notary ID 129370385

Copy from re:SearchTX

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 112777141
Filing Code Description: No Fee Documents
Filing Description: Affidavit of Service - Federal Express Corporation
Status as of 3/24/2026 10:35 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Josh Bauer | | jbauer@turnbullfirm.com | 3/24/2026 9:23:17 AM | SENT |
| Ashley Shapielak | | ashapielak@turnbullfirm.com | 3/24/2026 9:23:17 AM | SENT |

Copy from re:SearchTX

067-375553-26

FILED
TARRANT COUNTY
4/9/2026 12:57 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO.: 067-375553-26

| | | |
|---|---|---|
| MCKENZIE BURNS, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| | § | |
| vs. | § | TARRANT COUNTY, TEXAS |
| | § | |
| FEDEX FREIGHT, INC. FEDEX | § | |
| EXPRESS, FEDERAL EXPRESS | § | |
| CORPORATION, MARCUS | § | 67TH JUDICIAL DISTRICT |
| DEANGELO DORSEY and ABC | § | |
| CORPORATIONS 1-3 | | |
| Defendants. | | |

# DEFENDANTS' ORIGINAL ANSWER

Defendants, Federal Express Corporation, FedEx Freight, Inc., and FedEx Express, and Marcus DeAngelo Dorsey file this, their Original Answer and would respectfully show the Court as follows.

# I.
## GENERAL DENIAL

1.  Pursuant to Texas Rules of Civil Procedure 92, Defendants generally denies the matters pleaded by Plaintiffs.

# II.
## SPECIFIC DENIALS AND CLARIFICATIONS

2.  Defendant Federal Express Corporation and FedEx Express deny that they employed any individual involved in the motor vehicle accident made the basis of this suit.

3.  Defendant Federal Express Corporation and FedEx Express deny that they owned, operated, or exercised control over the vehicle involved in the occurrence.

DEFENDANTS' ORIGINAL ANSWER

4. Defendant Federal Express Corporation FedEx Express deny that they owed any duty to Plaintiff in connection with the occurrence.

5. Defendant Federal Express Corporation FedEx Express deny that they had any involvement in the occurrence made the basis of Plaintiff's claims.

## III.
### AFFIRMATIVE DEFENSES

6. Pleading further and in the alternative, Defendant Federal Express Corporation and FedEx Express affirmatively assert that they have been improperly named and/or misidentified as a defendant in this lawsuit and is not a proper party.

7. Defendant Federal Express Corporation and FedEx Express further assert that they are not liable in the capacity in which it has been sued.

8. Pleading further and in the alternative, Defendant Federal Express Corporation and FedEx Express are separate and distinct legal entities, and no basis exists to disregard corporate formalities or impose liability upon them.

9. Pleading further, and in the alternative, if such is necessary, at all times material to the Plaintiff's allegations, the Defendants' conduct conformed to the applicable standard of care.

10. Pleading further, and in the alternative, if such is necessary, the Plaintiff's alleged damages, if any, were not proximately caused by an act or omission of the Defendants.

11. Pleading further, and in the alternative, if such is necessary, and subject to the foregoing pleas and without waiving same, this action is subject to the proportionate responsibility provisions of Chapter 33 of the Texas Civil Practice and Remedies Code, including (without limitation) the requirement of § 33.003 thereof that the trier of fact

DEFENDANTS' ORIGINAL ANSWER

determine the relative responsibility of the Plaintiff, and responsible third-parties that may be joined in the suit.

12. Pleading further, if the Defendant is found liable for damages, Defendant intends to seek a reduction in the percentage of Plaintiffs' injuries and damages attributed to third parties.

13. Pleading further, Defendant asserts that Plaintiff's alleged injuries and damages, if any, were caused solely or particularly by some third person or third party for whom Defendant is not legally responsible.

14. Pleading further, the Defendants invoke Section 41.0105 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE and requests that, to the extent the Plaintiff seeks recovery of medical or healthcare expenses, the evidence to prove such loss be limited to the amount actually paid or incurred by or on behalf of the Plaintiff, as opposed to the amount charged.

15. Any claim by Plaintiff for lost wages in the past or lost wages earning capacity in the future is limited by the provisions of Section 18.091 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE.

16. Pleading further, the Defendants assert that pre-judgment interest, if any, as requested in the Plaintiff's Original Petition, is limited in accordance with § 304.104 et seq. of the TEXAS FINANCE CODE.

# IV.
## PRAYER

Defendants pray that upon the final trial hereof Plaintiff take nothing against the Defendant. Further, the Defendants ask the Court to enter Judgment that the Plaintiff take nothing, dismiss the Plaintiff's suit with prejudice, assess costs against the Plaintiff, and award the Defendants all other relief to which they may be entitled.

DEFENDANTS' ORIGINAL ANSWER

Defendants also pray for such other and further relief to which they are justly entitled at law and in equity.

Respectfully Submitted,

**CHARTWELL LAW**

**By:** _/s/Chandra A. Carr___

**Mike H. Bassett**
**State Bar No. 01890500**
**mbassett@chartwelllaw.com**
**Chandra A. Carr**
**State Bar No. 24139087**
**ccarr@chartwelllaw.com**
3838 Oak Lawn Avenue, Suite 1300
Dallas, Texas
(214) 894-6972 – Telephone
(610) 666-7704 – Facsimile

**ATTORNEYS FOR DEFENDANTS FEDEX EXPRESS, FEDERAL EXPRESS CORPORATION**

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 9TH day of April  2026, a true and correct copy of the above and foregoing document was served upon the following counsel of record in accordance with the Texas Rules of Civil Procedure.

*Via Eservice:*
JOSHUA BAUER
**TURNBULL MOAK & PENDERGRASS**
2500 West Loop South Fwy, Unit 340
Houston, Texas 77027
jbauer@turnbullfirm.com
**ATTORNEYS FOR PLAINTIFF**

*/s/ Chandra A. Carr*

**CHANDRA A. CARR**

4 | P a g e

**DEFENDANTS' ORIGINAL ANSWER**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Porche Torrance on behalf of Chandra Carr
Bar No. 24139087
ptorrance@chartwelllaw.com
Envelope ID: 113450087
Filing Code Description: Answer/Response
Filing Description: Defendants' Original Answer
Status as of 4/9/2026 2:32 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Josh Bauer | | jbauer@turnbullfirm.com | 4/9/2026 12:57:08 PM | SENT |
| Ashley Shapielak | | ashapielak@turnbullfirm.com | 4/9/2026 12:57:08 PM | SENT |
| Chandra  A. Carr | | dallasefile@chartwelllaw.com | 4/9/2026 12:57:08 PM | SENT |